**Order entered February 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00483-CR

**JUSTIN COOK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. M12-46238-K**

## ORDER

The Court GRANTS the State's second motion to extend the time to file the State's brief.

We ORDER the Clerk of the Court to file the brief tendered as of the date of this order.

/s/    LANA MYERS
       JUSTICE